# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Michael Paul Atkinson Jr | **Repayment Agreement and Order** | No: 5:16-CR-00018-001 |
|---|---|---|

On July 27, 2016, Michael Paul Atkinson Jr was sentenced to 60 months imprisonment followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Atkinson. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on July 27, 2016, I have been ordered to pay a total restitution of $5,141,520.28 and a special assessment of $100.00.

2. On December 10, 2020, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on August 1, 2016. The current balance of my restitution is $4,903,530.46.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 15th day of April, 2023, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $500.00 per month during the term of supervision.

_____           _____
            Michael Paul Atkinson Jr                                    Date 3-30-23

_____           _____
        Todd L. Smith, USPO - Firearms Specialist                      Date 3/30/23

_____           _____
            W. Taylor McNeill                                          04/10/23
            Assistant U.S. Attorney                                    Date

**THE COURT ORDERS:**

☒ Approval    ☐ Disapproval

S/ Marc T. Treadwell

Marc T. Treadwell
Chief U.S. District Judge

4/12/2023
Date